**Dismissed and Memorandum Opinion filed November 1, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00642-CV

**LAM MAI, Appellant**

**V.**

**MAIN 2601 PARTNERS, LLC, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-53412**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 6, 2022. The notice of appeal was filed September 2, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On October 6, 2022, this court ordered appellant to pay the appellate filing fee on or before October 17, 2022 or the appeal was subject to dismissal without

further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer